# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0076

_____

FRANCES WILCOX,

   Appellant,

v.

PUBLIX and PUBLIX RISK
MANAGEMENT,

   Appellees.

_____


On appeal from an order of the Judge of Compensation Claims.
Jonathan E. Walker, Judge.

Date of Accident: August 24, 2009.

July 3, 2019


PER CURIAM.

   AFFIRMED.

B.L. THOMAS, WETHERELL, and ROWE, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicolette E. Tsambis of Smith, Feddeler, Smith, P.A., Lakeland, for Appellant.

Thomas P. Vecchio of Vecchio, Carrier, Feldman & Johannessen, P.A., Lakeland, for Appellees.